AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 15 years prison
$250,000 fine
3 years supervised release
$100 special assessment
Forfeiture

## DEFENDANT - U.S

SEALED BY ORDER OF THE COURT

Jarico Tavaria Anderson

DISTRICT COURT NUMBER

CR26 00189 YGR

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court

San Francisco County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Craig H. Missakian

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): George O. Hageman, AUSA

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

San Francisco County Superior Court

FILED

APR 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ➧ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ➧ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
APR 23 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER
OF THE COURT

UNITED STATES OF AMERICA,

V.

JARICO TAVARIA ANDERSON

CR26 00189 YGR

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) -- Forfeiture Allegation

A true bill.

Foreman

Filed in open court this 23rd day of

April , 2026.

Cindy C. Fan
Clerk

Kandis Westmore Bail, $ No Bail Warrant
Hon. Kandis A. Westmore, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED
APR 23 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARICO TAVARIA ANDERSON,<br><br>Defendant. | CASE NO. CR26 00189 YGR<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about March 11, 2026, in the Northern District of California, the defendant,

JARICO TAVARIA ANDERSON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Glock 27 .40 caliber handgun with an obliterated serial number, and loaded with ammunition, namely, eighteen rounds of .40 caliber ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

//

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

JARICO TAVARIA ANDERSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property seized in Albany, CA, on March 11, 2026:

a. One black Glock 27 .40 caliber firearm with an extended magazine and an obliterated serial number seized from the defendant's person; and

b. Eighteen rounds of .40 caliber ammunition loaded in the Glock 27 seized from the defendant's person.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//

//

//

//

//

//

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: April 23, 2026

A TRUE BILL.

FOREPERSON
Oakland, CA

CRAIG H. MISSAKIAN
United States Attorney

*/s/ George O. Hageman*
GEORGE O. HAGEMAN
Assistant United States Attorney